LAW OFFICE OF VICTOR D. VERTNER, ESQ.
VICTOR D. VERTNER, ESQ., SBN 046100
5267 Elrose Avenue
San Jose, CA 95124
Phone: (408) 266-4198
Fax: (408) 266-9964
Email: vvertner@gmail.com

Attorney for Defendant
MORGAN KEVIN MCCARTHY-ACOSTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN KEVIN MCCARTHY-ACOSTA,<br><br>Defendant. | NO. 5:19-CR-93-BLF<br><br>[PROPOSED] ORDER TO CONTINUE HEARING DATE AND TO EXCLUDE TIME FOR STATUS HEARING UNTIL MAY 12, 2020 AT 9 AM |

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the Status Conference hearing set before this Court be rescheduled from February 18, 2020 at 9:00 a.m. to May 12, 2020 at 9:00 a.m.

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court further finds that failing to exclude the time from February 18, 2020 through May 12, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation and would create scheduling conflict, taking into account the exercise of due diligence, and unreasonably deny the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 18, 2020 through May 12, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 18, 2020 through May 12, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: Feb 8, 2020

HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION AND PROPOSED ORDER CONTINUING HEARING AND EXLUDING TIME
Case No. 5:19-CR-93-BLF

4